```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 10146
   ROSE Y JONES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0416


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/06/2007 and was not confirmed.

     The case was dismissed without confirmation 11/07/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN BANK       CURRENT MORTG          .00            .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE          .00            .00            .00
FISHER & SHAPIRO           NOTICE ONLY      NOT FILED            .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED            .00            .00
OXFORD MANAGEMENT SERV     NOTICE ONLY      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          3358.69            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED            .00            .00
SEARS GOLD MASTER          UNSECURED        NOT FILED            .00            .00
SHERMAN ACQUISITION        NOTICE ONLY      NOT FILED            .00            .00
FAIRLANE CREDIT LLC        UNSECURED          5306.32            .00            .00
KELLY STULGATE             NOTICE ONLY      NOT FILED            .00            .00
SHIRLEY MOSS               NOTICE ONLY      NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1508.66            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          1282.32            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           393.06            .00            .00
TIMOTHY K LIOU             DEBTOR ATTY       1,597.20                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------      --------------
TOTALS                      .00                      .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 10146 ROSE Y JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE